IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARK CHRISTIAN HENDERSON**                                                                      **PLAINTIFF**
**ADC #078763**

v.                              Case No. 4:23-cv-01005-KGB

**DEXTER PAYNE**                                                                                        **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that petitioner Mark Christian Henderson's petition for writ of *habeas corpus* is dismissed without prejudice (Dkt. No. 1). The relief requested is denied. The Court declines to issue a certificate of appealability pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases.

So adjudged this 28th day of August, 2024.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge